

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00689-CV

**IN THE INTEREST OF R.G.III**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01552
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 24, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court